IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BARBARA RASULALLAH                                              PLAINTIFF

v.                       No. 4:20-cv-1143-DPM

SMITH & NEPHEW, INC. and
JOHN DOES 1-10                                                 DEFENDANTS

JUDGMENT

Rasulallah's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2021